UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KEVIN McHENRY** | **CIVIL ACTION NO. 16-0637** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **MIKE TUBBS, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights claims are **DISMISSED WITH PREJUDICE** as frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's attempted amendment to his Complaint is **DENIED**. To the extent that Plaintiff's Complaint could be read to assert any state law claims, the Court **DECLINES TO EXERCISE** supplemental jurisdiction over these claims, and they are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to assert them in the appropriate state court venue.

MONROE, LOUISIANA, this 14th day of November, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE